

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-1-2012

# In Re: Hector Soto

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1876

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Hector Soto " (2012). *2012 Decisions.* Paper 1049.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1049

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**ELD-034**                                                                                      **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1876
_____

IN RE:  HECTOR SOTO, Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Crim. No. 06-cr-00140; D. Del Civ. No. 08-cv-00915)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 24, 2012
Before:  MCKEE, <u>Chief</u> Judge, ALDISERT and WEIS, <u>Circuit</u> Judges

(Opinion filed: May 1, 2012)
_____

OPINION
_____

PER CURIAM.

Hector Soto filed a petition for writ of mandamus requesting that we direct the

District Court to rule on a motion that he had filed pursuant to 28 U.S.C. § 2255.  The

District Court has since ruled on Soto's § 2255 motion.  In light of the District Court's

action, the question Soto presented is no longer a live controversy, so we will deny the

petition as moot.  <u>See</u>, e.g., <u>Lusardi v. Xerox Corp.</u>, 975 F.2d 964, 974 (3d Cir. 1992).

1